UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

STEVEN EUGENE ALLEN,   Case No.: 4:15-bk-40315-KKS
Chapter 7

Debtor.

## AFFIDAVIT OF SERVICE

STATE OF FLORIDA )
COUNTY OF LEON )

BEFORE ME, the undersigned authority, personally appeared Christine A. Bloor who after being first duly sworn depose and says:

1. I am a paralegal with the law firm of Clark Partington working with Keith L. Bell, Jr. and Trevor A. Thompson. I am over eighteen (18) years of age and competent to testify, and the factual statements in this affidavit are true and correct.

2. This affidavit is being filed in conjunction with the hearing to be held on the Trustee's pending Notice of Sale, filed on the docket at docket entry 69.

3. The Notice of Sale identifies that "pursuant to said Order [ECF No. 67, approving the bid procedures motion, ECF No. 61], the Trustee sends this Notice of Sale, and copies of the aforementioned order and bid procedures motion (less exhibits) by first-class mail on this 6th day of September to all the creditors on the attached matrix and to [separately identified list of nine persons/parties]."

4.  In preparation for the hearing, we have learned that the prior orders were not attached to the filing at docket entry 69. This affidavit is to confirm that the referenced order, ECF No. 67, and referenced motion, ECF No. 61, were indeed mailed with the Notice of Sale.

5.  I affirm that on September 7, 2018, I personally mailed the Notice of Sale, ECF No. 69, to all the Creditor on the Creditor Matrix and the persons listed in the Notice of Sale.

6.  I also in the same envelope sent copies of the Order entered on September 4, 2018, ECF No. 67, and the bid procedures motion (less exhibits) by first-class mail.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Christine A. Bloor, Affiant

STATE OF FLORIDA   )
COUNTY OF LEON     )

The foregoing instrument was sworn to and acknowledged before me this ___1st___ day of November 2018 by Christine A. Bloor, who  ( ) ~~provided~~ _____ as ~~identification~~ bearing identification number _____ or who (✓) is personally known to me.


ERIN K. GORDON
MY COMMISSION # GG24821
EXPIRES: October 25, 2020

_____
NOTARY PUBLIC

[NOTARIAL SEAL]