UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

    STEVEN EUGENE ALLEN,          Case No.: 4:15-bk-40315-KKS
                                                         Chapter 7
        Debtor.
_____/

## ORDER APPROVING SALE (Doc. 61)

THIS MATTER, came before the Court on November 1, 2018, upon the Trustee's Notice of Sale (Doc. 69) (the "Sale Notice") filed pursuant to this Court's Order Granting Trustee's Motion for Entry of an Order (A) Approving Competitive Bidding and Sale Procedures; (B) Scheduling a Date to Conduct Hearing to Consider Final Approval of Sale; and (C) Granting Related Relief (Doc. 67) (the "Bidding Order"). The Sale Notice concerns a minority interest in a Florida limited liability partnership, Avalanche Partnership, LLP.

The Trustee has proffered that she has provided good and sufficient notice of the Bidding Order and the Sale Notice, including notice of the continuance of the original sale hearing caused by Hurricane Michael. The Trustee further proffered that no Qualified Bids were received at any time under Paragraph 3.a. of the Bidding Order and that no other expression of interest in bidding occurred after the date that the Sale Notice was filed on the docket. Additionally, the Trustee proffered that no objections were received within the time period prescribed under Paragraph 5 of the

Bidding Order, or at any time thereafter, and the Court considers the matter unopposed. Finally, the Trustee proffered the bidding history, including the telephonic auction between the prevailing bidder, Partnership Liquidity Investors IV, LLC, and the other partners that preceded the Bidding Order.

In accordance with Paragraph 3.c. of the Bidding Order, the Court makes the following findings. First, the prevailing bidder has acted in good faith within the meaning of section 363(m) of the Bankruptcy Code. Further, the sale offer advanced by the Trustee (Doc. 61-1) was negotiated, proposed and entered into by the parties without collusion, in good faith and from arm's length bargaining positions. Finally, the prevailing bid represents a fair market value for the partnership interest.

It is therefore ORDERED:

1.  The sale described by the Trustee's Notice of Sale (Doc. 69), incorporating the offer (Doc. 61-1) from Partnership Liquidity Investors IV, LLC, is APPROVED. The Trustee is authorized to take all actions necessary and appropriate to consummate the sale.

2.  The offer and transactions contemplated in the Notice of Sale may be specifically enforced against and binding upon, and not subject to rejection or avoidance by, the Debtor or Trustee.

3.  The prevailing bidder shall not assume any of the guaranties or indemnities given in connection with the loans to the real property, companies, or

partnerships and shall not succeed to any existing obligations of the Debtor or the Trustee.

    4.    This Court retains jurisdiction to resolve any controversy or claim arising out of or relating to the offer, notice of sale, or consummation of the sale.

**DONE AND ORDERED** on November 26, 2018.

*(signature)*

**KAREN K. SPECIE**
United States Bankruptcy Judge


Order Prepared by: Trevor A. Thompson, Esq.
 *Attorney for Trustee, Theresa M. Bender*

Attorney Trevor A. Thompson is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.