> GRANTED
>
> 11/21/2019
> Date
>
> Karen K. Specie
> U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

STEVEN EUGENE ALLEN,    Case No.: 4:15-bk-40315-KKS
                        Chapter 7
    Debtor.

_____

**MOTION TO CANCEL CONTINUED HEARING ON SEA DEVELOPERS,
LLC'S OBJECTION TO TRUSTEE'S MOTION FOR ENTRY OF
AN ORDER RE: SALE PROCEDURES (Doc. 89)**

The movant Theresa M. Bender, the duly appointed chapter 7 trustee ("Trustee") for the bankruptcy estate of Steven Eugene Allen ("Debtor"), moves for an order cancelling the continued hearing currently scheduled for Thursday, November 21, 2019 at 10:30 AM, Eastern Time, ECF No. 98, and states as follows:

    1.    This cause is before the Court on the Trustee's motion seeking approval of bidding procedures on the sale of a partial interest in a limited liability company. ECF No. 80. One party, SEA Developers, LLC, filed an objection and the Trustee responded. ECF Nos. 89, 90.

    2.    At the initial hearing held on October 17, 2019, the parties sought a brief continuance to potentially resolve issues in the bid-procedures order proposed by the Trustee's motion. *See* ECF No. 98. The parties indicated that SEA Developers proposed minor edits but that there was insufficient time to resolve the edits with the buyer's counsel before that hearing.

3.	At the October 17, 2019 hearing, the Court allowed the parties to submit a proposed order on agreement of the buyer, SEA Developers, and the Trustee in advance of a continued hearing.  Such an agreement would result in the cancellation of the continued hearing.

4.	This motion announces such an agreement and requests cancellation of the hearing scheduled tomorrow.

5.	The edits to the proposed order, as contrasted with the original draft submitted with the bidding-procedures motion, ECF No. 80-3, are attached in track-changes form as **Exhibit 1** to this motion.

6.	Contemporaneously with the filing of this motion, a proposed order—accepting all of the changes in Exhibit 1 and filling in document references as appropriate and identifying that the motion has been modified by consent—will be submitted through the ordinary order-submission process.

WHEREFORE, Trustee respectfully requests entry of an Order cancelling the hearing scheduled for November 21, 2019.

Respectfully submitted this 20th day of November 2019.

>	*/s/ Trevor A. Thompson*
>	**TREVOR A. THOMPSON**
>	Fla. Bar No. 0068006
>	tthompson@clarkpartington.com
>	CLARK PARTINGTON
>	106 East College Avenue, Suite 600
>	Tallahassee, FL 32301
>	Phone: (850) 320-6838
>	Fax:    (850) 597-7591

*Special Counsel to Chapter 7 Trustee,
Theresa M. Bender*

3

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished as provided below:

By CM/ECF transmission:

- Keith L. Bell        kbell@clarkpartington.com; egordon@clarkpartington.com; cbloor@clarkpartington.com
- Theresa M. Bender        tmbenderch7@yahoo.com; FL62@ecfcbis.com; tbenderassist@yahoo.com; tmbenderch7@ecf.inforuptcy.com
- Brian G. Rich        brich@bergersingerman.com; efile@bergersingerman.com; bwalter@bergersingerman.com; sfulghum@bergersingerman.com; efile@ecf.inforuptcy.com
- James M. Donohue        jdonohue@ausley.com, sshaffer@ausley.com
- Douglas L Kilby        dkilby@ausley.com, mmckenzie@ausley.com
- United States Trustee        USTPRegion21.TL.ECF@usdoj.gov

And by email transmission:

- Jerome A. Fink, representative for Buyer (jerryfink@earthlink.net)

on this 20th day of November 2019.

                          */s/ Trevor A. Thompson*
                          **TREVOR A. THOMPSON**