Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40315TLH4 KKS  
**Case Name:** ALLEN, STEVEN EUGENE  

**Period Ending:** 12/31/19

**Trustee:** (290820)  Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 06/05/15 (f)  
**§341(a) Meeting Date:** 07/06/15  
**Claims Bar Date:** 11/10/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Office Bldg - 2 Condo Units 1621 Metropolitan Bl  Orig. Description: Office Bldg - 2 Condo Units 1621 Metropolitan Blvd. Tallahassee, Fl 32308; Imported from original petition Doc# 3 | 108,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2 Vacant Lots - Whigham County Estates - 413 War   AUCTION: Orig. Description: 2 Vacant Lots - Whigham County Estates - 413 Ward Street, Whigham Ga; Imported from original petition Doc# 3 | 35,000.00 | 35,000.00 | | 1,800.00 | FA |
| 3 | 2 Vacant Lots - Wolf Laurel Mars Hill, NC  Orig. Description: 2 Vacant Lots - Wolf Laurel Mars Hill, NC; Imported from original petition Doc# 3 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 4 | Bank of America Checking/ Savings Account  Orig. Description: Bank of America Checking/ Savings Account; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Home furnishings  Orig. Description: Home furnishings; Imported from original petition Doc# 3; Exemption: Home furnishings  - Amount: 1000.00 | 7,500.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing  Orig. Description: Clothing; Imported from original petition Doc# 3 | 200.00 | 200.00 | | 200.00 | FA |
| 7 | Columbus Life Insurance Co. - P.O. Box 641500, C | 198.87 | 198.87 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40315TLH4 KKS  
**Case Name:** ALLEN, STEVEN EUGENE  

**Period Ending:** 12/31/19  

**Trustee:** (290820)   Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 06/05/15 (f)  
**§341(a) Meeting Date:** 07/06/15  
**Claims Bar Date:** 11/10/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Description: Columbus Life Insurance Co. - P.O. Box 641500,<br>Cincinnati. Ohio; Imported from original petition Doc# 3 | | | | | |
| 8 | Roomlinx, Inc. - 352 shares owned by debtor<br>Orig. Description: Roomlinx, Inc. - 352 shares owned by debtor; Imported from original petition Doc# 3 | 1,000.00 | 1,000.00 | | 603.50 | FA |
| 9 | Commonwealth Partners - 33.333 owned by debtor<br>Orig. Description: Commonwealth Partners - 33.333 owned by debtor; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | 10,000.00 |
| 10 | Sedona II, LLC - 100% owned by debtor<br>Orig. Description: Sedona II, LLC - 100% owned by debtor; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Avalanche Partnership - 3% owned by debtor and h<br>Orig. Description: Avalanche Partnership - 3% owned by debtor and<br>his wife - TBE; Imported from original petition Doc# 3 | 0.00 | 34,000.00 | | 34,000.00 | FA |
| 12 | Sea Developers, LLC - 15% ownership by the debto<br>Orig. Description: Sea Developers, LLC - 15% ownership by the debtor<br>and his wife - TBE; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | 10,000.00 |
| 13 | OB 14, LLC 100% owned by debtor and his wife - T<br>Orig. Description: OB 14, LLC 100% owned by debtor and his wife -<br>TBE; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40315TLH4 KKS  
**Case Name:** ALLEN, STEVEN EUGENE  

**Period Ending:** 12/31/19

**Trustee:** (290820) Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 06/05/15 (f)  
**§341(a) Meeting Date:** 07/06/15  
**Claims Bar Date:** 11/10/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | Tallahassee Business Incubator, Inc. - 25% owned<br>  ABANDONNED PER DOC 59<br>Orig. Description: Tallahassee Business Incubator, Inc. - 25% owned<br>by debtor and his wife - TBE; Imported from original petition Doc# 3 | 0.00 | 0.00 | OA | 0.00 | FA |
| 15 | 2006 Lexus GS300<br>  Orig. Description: 2006 Lexus GS300; Imported from original petition Doc# 3; Exemption: 2006 Lexus GS300 - Amount: 15000.00 | 15,000.00 | 15,000.00 | | 7,000.00 | FA |
| 16 | 2 Cats<br>  Orig. Description: 2 Cats; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | **Assets** Totals (Excluding unknown values) | **$191,898.87** | **$110,398.87** | | **$43,603.50** | **$20,000.00** |

**Major Activities Affecting Case Closing:**

1/14/20-WORKING WITH TT ON DRAFT PROPOSED ORDER FOR SALE  
10/10/19-WORKING ON "PROCEDURE" OF SALE  
8/21/19-TELCONF WITH TT RE STATUS OF CASE,

7/15/19-TT EMAILED JERRY-INVESTOR RE INTEREST IN SEA DEVELOPERS-READ EMAIL.

5/13/19-CHANGED ETFR DATE, DISCUSSED WITH TT, DOCUMENTS NOT PROVIDED UPON REQUEST, WILL HAVE TO GET AGGRESSIVE.

4/24/19-EMAIL FROM TREVOR-UPDATE ON PROPERTY AS IMPACTED BY HURRICANE-GETTING TAX RETURNS AND OTHER FINANCIAL DATA-

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40315TLH4 KKS  
**Case Name:** ALLEN, STEVEN EUGENE  

**Period Ending:** 12/31/19

**Trustee:** (290820)  Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 06/05/15 (f)  
**§341(a) Meeting Date:** 07/06/15  
**Claims Bar Date:** 11/10/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

3/26/19-THERE IS ONE REMAINING BUSINESS INTEREST-NEED TO GET FINANCIALS FROM RELUCTANT MEMBERS. MAY HAVE TO FILE AN ADVERSARY TO GET COOPERATION/COMPLIANCE WITH TRUSTEE

12/20/18 SPEC COUNSEL REVISITING REMAINING BUSINESS INTERESTS
12/17/18-FILE REPORT OF SALE
12/17/18-FINALIZE SALE OF INTEREST IN AVALANCHE-RECEIVED FULLY EXECUTED ASSIGNMENT
10/22/18-currently seeing court approval of sale of an asset. Once sold and closed, this will be ready for CPA to prepare final returns.  ETFR-06/30/2019

7/16/18-ACCEPTED OFFER FROM JERRY FOR AVALANCHE PARTNERSHIP-TT TO FILE MOTION TO SELL

2/20/18-REVIEW LETTERS RE FINANCIAL INFO SENT BY SPECIAL COUNSEL TO HARTUNG AND SEA DEVELOPERS

1/12/18-CONF CALL WITH SP. CS RE PENDING DISCUSSIONS

12/4/17-REQUESTED STATUS OF ANY OFFER OF SALES

8/11/17-TELCONF WITH TREVOR-PROOF OF LOSS FROM POTENTIAL SALE TO FSU OR PUT UP ON AUCTION BLOCK.
RELATED CASE IS CHARLES MITCHELL-CLOSED OUT WITH ABANDONMENT.

4/23/17-TICKLED SPECIAL COUNSEL TO REVIEW 2016 FINANCIALS TO DETERMINE VALUE AND LIQUIDATION AS APPROPRIATE.

4/23/17-EMAILED RICH AGAIN TO AMEND SCHEDULE C TO CLAIM TBE OR PAY

12/19/16-email RICH RE EQUTIY IN HOUSEHOLD GOODS OF $5500.00-RESPOND CLAIMED TBE,

12/14/16-updated status, see email.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case Number:** 15-40315TLH4 KKS  
**Case Name:** ALLEN, STEVEN EUGENE  

**Period Ending:** 12/31/19

**Trustee:** (290820)   Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 06/05/15 (f)  
**§341(a) Meeting Date:** 07/06/15  
**Claims Bar Date:** 11/10/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

6/2/16-update and analysis provided.

12/10/15--SPECIAL COUNSEL APPOINTED-WORKING ON A FEW COMPREHENSIVE REQUESTS FOR INFORMATION TO SETTLE LLC INTERESTS/ OR SELL

_____/

**Initial Projected Date Of Final Report (TFR):** June 30, 2016    **Current Projected Date Of Final Report (TFR):** June 15, 2021

_____February 24, 2020_____         /s/ Theresa M. Bender, Trustee  
Date                                                                                         _____  
                                                                                                   Theresa M. Bender, Trustee

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-40315TLH4 KKS | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|
| Case Name: | ALLEN, STEVEN EUGENE | Bank Name: | Mechanics Bank |
| | | Account: | ******2466 - Checking Account |
| Taxpayer ID #: | **-***1555 | Blanket Bond: | $6,868,000.00 (per case limit) |
| Period Ending: | 12/31/19 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/09/15 | {8} | ALLEN, STEVEN | PAYMENT FOR ESTATE'S INTEREST IN STOCKS | 1129-000 | 603.50 | | 603.50 |
| 10/09/15 | | ALLEN, STEVEN | Acct #1; Payment #1; PAYMENT PURSUANTTO DOCKET NO. 45 | | 7,200.00 | | 7,803.50 |
| | {6} | | Acct #1; Payment #1; 200.00 PAYMENT PURSUANTTO DOCKET NO. 45 | 1129-000 | | | 7,803.50 |
| | {15} | | Acct #1; Payment #1; 7,000.00 PAYMENT PURSUANTTO DOCKET NO. 45 | 1129-000 | | | 7,803.50 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,793.50 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.83 | 7,782.67 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.31 | 7,770.36 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.77 | 7,759.59 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.75 | 7,748.84 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.22 | 7,736.62 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.72 | 7,725.90 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.71 | 7,715.19 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.17 | 7,703.02 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.68 | 7,692.34 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.13 | 7,680.21 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.01 | 7,669.20 |
| 10/18/16 | {2} | SHULER & SHULER REAL ESTATE AUCTIONEERS, INC. | PAYMENT PURUSANT TO PROCEEDS FROM AUCTION; 413 WARD ST, SE, WHIGHAM, GA LOT | 1110-000 | 1,800.00 | | 9,469.20 |

Subtotals : **$9,603.50**   **$134.30**

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-40315TLH4 KKS  
**Case Name:** ALLEN, STEVEN EUGENE

**Taxpayer ID #:** **-***1555  
**Period Ending:** 12/31/19

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** Mechanics Bank  
**Account:** ******2466 - Checking Account  
**Blanket Bond:** $6,868,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.40 | 9,457.80 |
| 11/08/16 | 101 | SHULER & SHULER REAL ESTATE AUCTIONEERS, INC | Auctioneers Fees and Costs pre Doc. 53 | | | | 327.60 | 9,130.20 |
| | | | Auctioneer's Fees | 180.00 | 3610-000 | | | 9,130.20 |
| | | | Auctioneer's Expenses | 147.60 | 3620-000 | | | 9,130.20 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.23 | 9,115.97 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.07 | 9,102.90 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.96 | 9,088.94 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.19 | 9,076.75 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.48 | 9,063.27 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.16 | 9,051.11 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.31 | 9,036.80 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.99 | 9,023.81 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.54 | 9,011.27 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.25 | 8,997.02 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.50 | 8,984.52 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.78 | 8,970.74 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.90 | 8,957.84 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.45 | 8,945.39 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.15 | 8,931.24 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.98 | 8,919.26 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.82 | 8,906.44 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.38 | 8,894.06 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.07 | 8,879.99 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.34 | 8,867.65 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.60 | 8,854.05 |

Subtotals:  $0.00    $615.15

{} Asset reference(s)                                                                                                  Printed: 02/24/2020 02:04 PM    V.14.65

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 15-40315TLH4 KKS  
**Case Name:** ALLEN, STEVEN EUGENE  

**Taxpayer ID #:** **-***1555  
**Period Ending:** 12/31/19

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** Mechanics Bank  
**Account:** ******2466 - Checking Account  
**Blanket Bond:** $6,868,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.15 | 8,840.90 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.78 | 8,834.12 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 7.98 | 8,826.14 |
| 12/02/18 | {11} | FINK, JEROME | PAYMENT PER DOC 76 | 1129-000 | 34,000.00 | | 42,826.14 |
| 08/07/19 | | Transition Transfer Debit | | 9999-000 | | 42,826.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **43,603.50** | **43,603.50** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 42,826.14 | |
| | | | **Subtotal** | | **43,603.50** | **777.36** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$43,603.50** | **$777.36** | |

{} Asset reference(s)

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 15-40315TLH4 KKS | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|
| Case Name: | ALLEN, STEVEN EUGENE | Bank Name: | United Bank |
| | | Account: | ********1430 - Checking Account |
| Taxpayer ID #: | **-***1555 | Blanket Bond: | $6,868,000.00 (per case limit) |
| Period Ending: | 12/31/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/19 | | Transfer from 0061 to 1430 | Transfer from 0061 to 1430 | 9999-000 | 42,826.14 | | 42,826.14 |
| | | | **ACCOUNT TOTALS** | | 42,826.14 | 0.00 | $42,826.14 |
| | | | Less: Bank Transfers | | 42,826.14 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2466 | 43,603.50 | 777.36 | 0.00 |
| Checking # ********1430 | 0.00 | 0.00 | 42,826.14 |
| | $43,603.50 | $777.36 | $42,826.14 |