FORM nhstats (Rev. 07/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Steven Eugene Allen
    SSN/ITIN: xxx–xx–2016
    Debtor

Bankruptcy Case No.: 15–40315–KKS

Chapter: 7
Judge: Karen K. Specie

**Notice of Status Conference
via Teleconference**

    PLEASE TAKE NOTICE that a Status Conference will be held via CourtCall on April 16, 2020 at 11:30 AM, Eastern Time.

    *114* – Motion to Set Hearing Motion to Schedule Sale Hearing and Approve Sale Filed by Trevor A. Thompson on behalf of Theresa M. Bender. (Thompson, Trevor)

    PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: April 10, 2020

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 <u>not later than 3:00 p.m. one day prior to the hearing</u> to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.

**SERVICE:** Service by the Court pursuant to applicable Rules.