FORM nhgnrlp (Rev. 06/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Steven Eugene Allen
SSN/ITIN: xxx–xx–2016
  Debtor

Bankruptcy Case No.: 15–40315–KKS

Chapter: 7
Judge: Karen K. Specie

**Amended Notice of Hearing via Telephone Conference**

  PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held via CourtCall, on April 28, 2020, at 10:00 AM, Eastern Time.

  *119* – Order Setting Sale Hearing (Re: 118 Order Granting Motion to Schedule Sale Hearing To Approve Sale ; 114 Motion to Set Hearing Motion to Schedule Sale Hearing and Approve Sale ) signed on 4/10/2020 . Hearing scheduled on 4/28/2020 at 10:00 AM (Eastern Time) at via CourtCall. SERVICE: Attorney, Trevor A. Thompson, shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days. (Isom, L.)

Dated: April 15, 2020

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**REASON AMENDED:** Linked to doc. 119

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 not later than 3:00 p.m. one day prior to the hearing to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.

**SERVICE:**  NEF/Electronic Service by the Court pursuant to applicable Rules.