UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In Re:

ALLEN, STEVEN EUGENE.

Debtor(s)

Case No: 15-40315TLH4
Chapter 7

_____

TRUSTEE'S REPORT OF SALE

THERESA M. BENDER, Chapter 7 Trustee, hereby files her Report of Sale, and states the following:

1. On 3/3/2020, the Trustee noticed her intention to sell property of the estate as described in said Notice (Doc. #111).

2. The Trustee received no objections to the sale. The Court entered an Order Approving the Sale on May 6, 2020 (Doc. #130)

3. Accordingly, the Trustee hereby acknowledges the consummation of the sale and assignment to Partnership Liquidity Investors, V, LLC ("PLI") (purchaser(s)), according to those terms and conditions as set forth in that Notice of Intent to Sell, incorporated herein by reference, with any and all appropriate documents having been delivered to the purchaser(s). A copy of the Assignment is attached and incorporated herein by reference as Exhibit A.

4. The Trustee further acknowledges that the sums of $70,500.00 was received by wire on May 11, 2020 into Special Counsel's trust account and delivered to

the Trustee and deposited into the estate's account.

Dated this June 9, 2020.

/s/ Theresa M. Bender
THERESA M. BENDER
 CHAPTER 7 TRUSTEE
Theresa M. Bender, P.A.
Post Office Box 14557
Tallahassee, FL  32317
PH:  (850) 205-7777
Fl. Bar # 0749486
Tmbenderch7@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Report has been furnished by the Electronic mail to: the United States Trustee; USTPRegion21.TL.ECF@usdoj.gov.

DATED:  6/9/2020                    /s/ Theresa M. Bender



Trevor A. Thompson
(850) 320.6827
TThompson@clarkpartington.com

May 20, 2020

**Via U.S. Mail and Email**

SEA Developers, LLC
c/o Chuck Mitchell
11149 Buck Lake Road
Tallahassee, FL 32317

   Re: Trustee's Assignment of Allen Interest
     *In Re: Steven Eugene Allen*; Northern District of Florida Bankruptcy Case No.:
     4:15-bk-40315

Greetings:

  Enclosed is a copy of the completely executed Assignment Agreement for your records. This agreement assigns the estate's interest to Partnership Liquidity Investors V, LLC, consistent with the Order Approving Sale entered in the Bankruptcy Court, so that you may amend the records of the Company to reflect the transfer. A report of sale will be filed with the court, with copies provided to you consistent with our practice to date in the bankruptcy proceedings. Please let me know if you have any questions regarding these matters and if there is anything else that you need from us.

                Sincerely,

                Trevor A. Thompson

Enclosure
TAT/hlb

cc: Theresa M. Bender, Esq. (*via email*)
   Partnership Liquidity Investors V, LLC c/o A. Todd Almassian, Esq. (*via email*)
   James M. Donohue, Esq. (*via hand delivery*)

O (850) 597-7483  A 106 E. College Avenue Suite 600, Tallahassee, FL 32301  W clarkpartington.com  

## **ASSIGNMENT AGREEMENT**

THIS ASSIGNMENT AGREEMENT (the "**Agreement**") is made as of May 13, 2020 (the "**Effective Date**") by and among Theresa M. Bender (the "**Trustee**"), on behalf of the Estate (the "**Estate**") of Steven E. Allen (the "**Debtor**") and Partnership Liquidity Investors V, LLC ("**PLI**"), collectively hereinafter the "**Parties**".

### RECITALS

A.     Debtor filed a voluntary individual chapter 7 petition on June 5, 2015.

B.     Debtor disclosed his 15% membership interest in SEA Developers, LLC.

C.     The LLC is governed by a Limited Liability Company Agreement dated June 13, 2011 (the "**Operating Agreement**"), as amended.

D.     The Trustee did not assume any executory contracts related to SEA Developers, LLC and did not execute any guaranty, indemnity, or other liability related to SEA Developers, LLC during the conduct of the Debtor's chapter 7 case, Northern District of Florida Bankruptcy Case Number 15-40315-KKS (the "**Bankruptcy Case**").

E.     Based on the provisions of the Operating Agreement, the Estate holds a 15% limited liability company interest that is transferrable with constraints imposed by both the Operating Agreement and Florida law.  The notice of sale refers to this as a "15% transferable interest," which includes the limitation that a transferee, like the Estate, is entitled to proportionate distributions but is not entitled to exercise any managerial authority without admission to partnership by the remaining members.

F.     The Trustee was not, to her knowledge, ever admitted to full membership during the term of the Bankruptcy Case, and was not informed of any admission in multiple months after SEA Developers, LLC appeared through counsel in the Bankruptcy Case and initially objected to the sale.

G.     On August 9, 2019, the Trustee filed in the Bankruptcy Case a Motion for Entry of an Order: (A) Approving Competitive Bidding and Sale Procedures; (B) Scheduling a Date to Conduct Hearing to Consider Final Approval of Sale, and (C) Granting Related Relief.  Such motion was filed at Docket Entry 80 in the Bankruptcy Case and order approving such motion was entered on February 21, 2020, at Docket Entry 107 (the "**Bidding Procedures Order**").

H.     On March 3, 2020, the Trustee filed in the Bankruptcy Case a Notice of Sale. Such notice was filed at Docket Entry 111 in the Bankruptcy Case.  An Order approving the sale was entered on May 6, 2020 at Docket Entry 130 (the "**Sale Approval Order**").

I.     The parties wish to document the Sale and Assignment enter into this Agreement accordingly.

## AGREEMENT

1. <u>Assignment</u>. Pursuant to the terms of the Sale Approval Order, Trustee hereby assigns, transfers and conveys the Estate's interest in SEA Developers, LLC to PLI. The terms of the Sale Approval Order and Bidding Procedures Order, including but not limited to the sale on an "as is" basis without representations or warranties, are incorporated herein.

2. <u>Consideration</u>. PLI has compensated Trustee pursuant to the Sale Approval Order by paying $70,500. The Trustee has held all delivered funds pending execution of this Agreement and shall not distribute such funds until all Counterparts have been executed.

3. <u>Transmission of Assignment to Members</u>. The Parties agree that the Trustee will transmit a copy of this Agreement to the other members of SEA Developers, LLC as a record of the consummation of the sale contemplated by the Sale Approval Order.

4. <u>Binding Effect</u>. This Agreement will be binding upon, inure to the benefit of, and be enforceable by the parties and their successors and assigns.

5. <u>Further Assurances</u>. The parties to this Agreement agree to take all such further actions including, without limitation, the execution and delivery of other agreements, certificates, affidavits, assignments, or other documents or instruments as may be necessary or appropriate to give effect to the transactions contemplated by this Agreement. The bankruptcy court shall retain jurisdiction to adjudicate any issues which may arise in the future as to the scope and effect of the Sale Order and sale assignment Documents.

6. <u>Counterparts</u>. This Agreement may be executed in counterparts, each of which (or any combination of which) when signed by all of the parties shall be deemed an original, but all of which when taken together shall constitute one agreement. This Agreement (and any counterpart thereof) may also be validly delivered by electronic communication.

IN WITNESS WHEREOF, the undersigned have executed this Agreement to be effective as of the Effective Date.

**Trustee Theresa M. Bender, for the Estate of Steven E. Allen, FLNB Case No. 15-40315**

_____     _____
Trustee                                                                               Date

**Partnership Liquidity Investors V, LLC**

By: _____     _____
       Its [ ] Member  // [ ] Other (describe below)          Date

# AGREEMENT

1. <u>Assignment</u>.  Pursuant to the terms of the Sale Approval Order, Trustee hereby assigns, transfers and conveys the Estate's interest in SEA Developers, LLC to PLI.  The terms of the Sale Approval Order and Bidding Procedures Order, including but not limited to the sale on an "as is" basis without representations or warranties, are incorporated herein.

2. <u>Consideration</u>.  PLI has compensated Trustee pursuant to the Sale Approval Order by paying $70,500.  The Trustee has held all delivered funds pending execution of this Agreement and shall not distribute such funds until all Counterparts have been executed.

3. <u>Transmission of Assignment to Members</u>.  The Parties agree that the Trustee will transmit a copy of this Agreement to the other members of SEA Developers, LLC as a record of the consummation of the sale contemplated by the Sale Approval Order.

4. <u>Binding Effect</u>.  This Agreement will be binding upon, inure to the benefit of, and be enforceable by the parties and their successors and assigns.

5. <u>Further Assurances</u>.  The parties to this Agreement agree to take all such further actions including, without limitation, the execution and delivery of other agreements, certificates, affidavits, assignments, or other documents or instruments as may be necessary or appropriate to give effect to the transactions contemplated by this Agreement.  The bankruptcy court shall retain jurisdiction to adjudicate any issues which may arise in the future as to the scope and effect of the Sale Order and sale assignment Documents.

6. <u>Counterparts</u>.  This Agreement may be executed in counterparts, each of which (or any combination of which) when signed by all of the parties shall be deemed an original, but all of which when taken together shall constitute one agreement.  This Agreement (and any counterpart thereof) may also be validly delivered by electronic communication.

IN WITNESS WHEREOF, the undersigned have executed this Agreement to be effective as of the Effective Date.

**Trustee Theresa M. Bender, for the Estate of Steven E. Allen, FLNB Case No. 15-40315**

*/s/ Theresa M. Bender* (DocuSigned)                    5/13/2020

Trustee                                                                                                    Date


**Partnership Liquidity Investors V, LLC**


By: _____          _____

    Its [ ] Member  // [ ] Other (describe below)        Date

2

## AGREEMENT

1. <u>Assignment</u>. Pursuant to the terms of the Sale Approval Order, Trustee hereby assigns, transfers and conveys the Estate's interest in SEA Developers, LLC to PLI. The terms of the Sale Approval Order and Bidding Procedures Order, including but not limited to the sale on an "as is" basis without representations or warranties, are incorporated herein.

2. <u>Consideration</u>. PLI has compensated Trustee pursuant to the Sale Approval Order by paying $70,500. The Trustee has held all delivered funds pending execution of this Agreement and shall not distribute such funds until all Counterparts have been executed.

3. <u>Transmission of Assignment to Members</u>. The Parties agree that the Trustee will transmit a copy of this Agreement to the other members of SEA Developers, LLC as a record of the consummation of the sale contemplated by the Sale Approval Order.

4. <u>Binding Effect</u>. This Agreement will be binding upon, inure to the benefit of, and be enforceable by the parties and their successors and assigns.

5. <u>Further Assurances</u>. The parties to this Agreement agree to take all such further actions including, without limitation, the execution and delivery of other agreements, certificates, affidavits, assignments, or other documents or instruments as may be necessary or appropriate to give effect to the transactions contemplated by this Agreement. The bankruptcy court shall retain jurisdiction to adjudicate any issues which may arise in the future as to the scope and effect of the Sale Order and sale assignment Documents.

6. <u>Counterparts</u>. This Agreement may be executed in counterparts, each of which (or any combination of which) when signed by all of the parties shall be deemed an original, but all of which when taken together shall constitute one agreement. This Agreement (and any counterpart thereof) may also be validly delivered by electronic communication.

IN WITNESS WHEREOF, the undersigned have executed this Agreement to be effective as of the Effective Date.

**Trustee Theresa M. Bender, for the Estate of Steven E. Allen, FLNB Case No. 15-40315**

_____                    _____
Trustee                                                Date

**Partnership Liquidity Investors V, LLC**

By: _____*Jerome A. Fink*_____                        __5/18/20__
      Its [X] Member // [ ] Other (describe below)     Date

2