UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

STEVEN EUGENE ALLEN,   Case No.:  4:15-bk-40315-KKS
                       Chapter 7

    Debtor.

**TRUSTEE, THERESA M. BENDER'S NOTICE OF
RULE 2004 EXAMINATION *DUCES TECUM* OF DEBTOR**

The trustee Theresa M. Bender, by and through the undersigned counsel, hereby gives notice of the following Rule 2004 Examination *duces tecum:*

NOTICE IS HEREBY GIVEN that the Trustee, by and through her undersigned counsel, will examine Debtor, Steven Eugene Allen, on October 5, 2020 at 10:00am at the following location:

**Clark Partington
106 E. College Avenue, Suite 600
Tallahassee, Florida 32301**

This examination is being taken pursuant to Local Rule 2004-1 and Federal Rule of Bankruptcy Procedure 2004, and will be taken before a certified court reporter. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

**Pursuant to Local Rule 2004-1(b)-(c), the Debtor is further commanded to produce and deliver all of the documents described on Exhibit "A" to the Trustee, c/o Trevor Thompson, Esq., Clark Partington, 106 E. College Avenue,**

1

**Suite 600, Tallahassee, Florida 32301, email: tthompson@clarkpartington.com, on or before September 25, 2020, or 21 days from service of this notice, whichever is later**.

I CERTIFY that a true copy of this notice was filed with the court, and served on the debtor and the debtor's attorney.

DATED this 2nd day of September, 2020.

                                                           */s/ Trevor A. Thompson*
                                                         **TREVOR A. THOMPSON**
                                                         Fla. Bar No.: 68006
                                                         CLARK PARTINGTON
                                                         106 East College Avenue, Suite 600
                                                         Tallahassee, Florida 32301
                                                         Office (850) 320-6827
                                                         Facsimile (850) 597-7591
                                                         tthompson@clarkpartington.com
                                                         *Special Counsel for Trustee,*
                                                         *Theresa M. Bender*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September, 2020, a true and correct copy of the foregoing has been furnished electronically through the CM/ECF portal or via standard first class mail to:

- Keith L. Bell, Jr.  kbell@clarkpartington.com, egordon@clarkpartington.com; hrice@clarkpartington.com; ldunlap@clarkpartington.com

- Theresa M. Bender tmbenderch7@gmail.com,  FL62@ecfcbis.com; tbenderassist@yahoo.com; tmbenderch7@ecf.inforuptcy.com; tmbenderch7@yahoo.com

- Brian G. Rich on behalf of Debtor Steven Eugene Allen brich@bergersingerman.com, efile@bergersingerman.com; rperez@bergersingerman.com;  efile@ecf.inforuptcy.com

- United States Trustee USTPRegion21.TL.ECF@usdoj.gov

- James M. Donohue on behalf of Interested Party SEA Developers, LLC jdonohue@ausley.com, sshaffer@ausley.com

- Douglas L Kilby on behalf of Interested Party SEA Developers, LLC dkilby@ausley.com, mmckenzie@ausley.com

- Steven Eugene Allen
  2588 Ulysses Road
  Tallahassee, FL 32312

  */s/ Trevor A. Thompson*
  **TREVOR A. THOMPSON**

# EXHIBIT A

ATTACHMENT TO SUBPOENA TO PRODUCE DOCUMENTS TO
STEVEN EUGENE ALLEN

**DEFINITIONS:**

     1.    The terms "document" or "documents" is used in the broadest sense of the term and shall include all written, printed, typed, recorded, graphic or electronically-stored matter, however produced or reproduced, of every kind and description, in the actual or constructive possession, custody, or control of the party served with this Subpoena Duces Tecum, including, without limitation, all documents, papers, letter, correspondence, communications, telegrams, messages of any kind, e-mails (including the text or body of all attachments thereto), electronic files, data, hand-written or typed notes, minutes of meetings, memoranda of all kinds, applications, loan records, bills, tax returns, accountant's work papers, books, journals, diaries, ledgers, corporate records, account statements, notes and other records of payment, checks, vouchers, receipts, reports, studies, contracts, agreements, deeds, leases, ledgers, financial statements or any other source of financial data, balance sheets, income statements, profit and loss statements, cash flow statements, appraisals, estimates, maps, exhibits, surveys, evaluations, notebooks, calendars, time sheets or logs, agendas, appointment books, schedules, summaries, analyses, writings, drafts, drawings, sketches, graphs, diagrams, charts, images, pictures, photographs, sound tapes or recordings, videotapes, DVDs, CDs, and data compilations (whether tangible or intangible from which information can be obtained or can be translated trough detection devices into reasonably usable tangible form), electronic or magnetic data, computer printouts, computer files, microfilm, Xerox or any other tangible or electronically stored thing from which constitute or contain matter within the scope of Fed. R. Civ. P. 26(b) or 34.

     2.    The term "entity" means any non-natural person or business venture, including but not limited to a corporation, limited liability company, professional association, sole proprietorship, government, government subdivision, and any type of partnership, corporation, association, organization, institution, or firm.

     3.    The terms "relates to" or "relating to" mean constitute, refer to, reflect, discuss, mention, evidence, concern, pertain to, summarize, analyze, criticize, evaluate, or in any way logically or factually associated with the subject

of the request.

4.  The terms "and" and "or" shall be construed conjunctively rather than disjunctively, as is necessary to make each request inclusive rather than exclusive.

5.  The term "Affiliate" means any person or entity controlling, under common with, or controlled by You.

6.  The terms "You" and "Debtor" means Steven Eugene Allen, agents, employees, representatives and all other persons or entities accounting or purporting to act on his behalf.

7.  The term "Debtor's Bankruptcy Case" means that certain bankruptcy case styled *In re: Steven Eugene Allen,* United States Bankruptcy Court for the Northern District of Florida, Case No. 15-40315-KKS.

8.  The term "Voluntary Petition" means that bankruptcy petition filed by You in (or initiating) the Debtor's Bankruptcy Case.

**SCOPE OF PRODUCTION:**

If any documents are withheld under claim of privilege, furnish a list identifying each document for which the privilege is claimed, together with the following information:

1.) a brief description of the nature and subject matter;
2.) the date;
3.) the name and title of the author(s);
4.) the name and title of the person(s) to whom the document was addressed;
5.) the name and title of the person(s) to whom the document was sent;
6.) the number of pages;
7.) the paragraph to which the document is otherwise responsive; and,
8.) the nature of the claimed privilege.

**DOCUMENTS FOR PRODUCTION:**

1. The Debtor's tax returns for tax year 2015, 2016, 2017, 2018, and 2019 filed with the Internal Revenue Service.

2. Any documents reflecting any distribution received from SEA Developers, LLC, including but not limited to accompanying letters, check stubs, or bank deposits.

3. To the extent there are no responsive documents under request 2 with respect to a distribution that you received from SEA Developers, LLC, any bank monthly statement reflecting such distribution.