UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

STEVEN EUGENE ALLEN,   Case No.:  4:15-bk-40315-KKS
                       Chapter 7

Debtor.

---

**TRUSTEE, THERESA M. BENDER'S NOTICE OF
<u>RULE 2004 EXAMINATION OF DEBTOR</u>**

The trustee Theresa M. Bender, by and through the undersigned counsel, hereby gives notice of the following Rule 2004 Examination*:*

NOTICE IS HEREBY GIVEN that the Trustee, by and through her undersigned counsel, will examine Debtor, Steven Eugene Allen, <u>on October 20, 2020 at 10:00am</u>, virtually:

**Meeting ID: 970 6374 4578**

**Windows, Mac, iOS or Android:**

**https://phippsreporting.zoom.us/j/97063744578?pwd=dWZkWVQ1bHhQeE95L0hlNTZKSHFidz09**

**Dial: +1 301 715 8592 (US Toll)**

**Meeting ID: 970 6374 4578**

1

Any party that wishes to appear should contact the undersigned for the virtual meeting password. This examination is being taken pursuant to Local Rule 2004-1 and Federal Rule of Bankruptcy Procedure 2004, and will be taken before a certified court reporter. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

I CERTIFY that a true copy of this notice was filed with the court, and served on the debtor and the debtor's attorney.

DATED this 15th day of October, 2020.

        /s/ *Trevor A. Thompson*
**TREVOR A. THOMPSON**
Fla. Bar No.: 68006
CLARK PARTINGTON
106 East College Avenue, Suite 600
Tallahassee, Florida 32301
Office (850) 320-6827
Facsimile (850) 597-7591
tthompson@clarkpartington.com
*Special Counsel for Trustee,*
*Theresa M. Bender*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of October, 2020, a true and correct copy of the foregoing has been furnished electronically through the CM/ECF portal or via standard first class mail to:

- Keith L. Bell, Jr.  kbell@clarkpartington.com, egordon@clarkpartington.com; hrice@clarkpartington.com; ldunlap@clarkpartington.com

- Theresa M. Bender tmbenderch7@gmail.com,  FL62@ecfcbis.com; tbenderassist@yahoo.com; tmbenderch7@ecf.inforuptcy.com; tmbenderch7@yahoo.com

- Brian G. Rich on behalf of Debtor Steven Eugene Allen brich@bergersingerman.com, efile@bergersingerman.com; rperez@bergersingerman.com;  efile@ecf.inforuptcy.com

- United States Trustee USTPRegion21.TL.ECF@usdoj.gov

- James M. Donohue on behalf of Interested Party SEA Developers, LLC jdonohue@ausley.com, sshaffer@ausley.com

- Douglas L Kilby on behalf of Interested Party SEA Developers, LLC dkilby@ausley.com, mmckenzie@ausley.com

- Steven Eugene Allen
  2588 Ulysses Road
  Tallahassee, FL 32312

                                                  */s/ Trevor A. Thompson*
                                                  **TREVOR A. THOMPSON**