IN THE UNITED BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:
ALLEN, STEVEN EUGENE,                                    CASE NO. 15-40315TLH4
                                                         CHAPTER 7

        Debtor.

_____/

## APPLICATION BY TRUSTEE TO EMPLOY AND APPOINT
## COUNSEL UNDER GENERAL RETAINER TOGETHER WITH
## VERIFIED STATEMENT BY COUNSEL
## (NUNC PRO TUNC TO 6/5/2015)

**COMES NOW** THERESA M. BENDER, CHAPTER 7 TRUSTEE of the bankruptcy estate of

the above-named debtor, applies to the Court for entry of an order appointing Theresa M Bender, P.A.

as legal counsel for the trustee under general retainer pursuant to 11 U.S.C, Sections 327 and 328(a),

and, as grounds for this motion, represents:

1.      Theresa M Bender is duly qualified, appointed and is now acting as the trustee in the

referenced case.

2.      The trustee wishes to employ the law firm of Theresa M Bender, P.A.

3.      The trustee has selected Theresa M Bender, P.A., because its attorneys are experienced in

matters of the character and type of the above referenced case, and the trustee believes that Theresa M

Bender, P.A., is well qualified to represent the trustee in this proceeding.

4.      The professional services to be rendered by legal counsel for the trustee are:

a.      marshaling assets consisting of personal and real property of the bankruptcy estate and evaluating transfers of property of the bankruptcy estate;

b.      evaluating secured liens and the validity thereof as related to bankruptcy estate property;

c.      dealing with the sale of property of the bankruptcy estate, transfers, and closing documents and appropriate pleadings and orders;

d.      evaluating and, if appropriate, challenging claims of exemption, if any;

e.      evaluating and , if appropriate, prosecuting adversary action, including revocation of debtor's discharge and/or recovery and avoidance of assets of the estate;

f.      revocation of discharge;

g.      otherwise to undertake all other legal matters for the trustee, including litigation.

5.      The trustee seeks to employ Theresa M Bender, P.A., under a general retainer because of the nature and extent of legal services required by the bankruptcy estate. This case requires the services of an attorney to file legal papers, represent the Trustee in prosecution and defense of those legal pleadings, enforcement of Debtor's and third party's legal obligations, and more. The legal services specified above will be provided by the shareholder, Theresa M. Bender, at the rate of $350.00 per hour; legal assistants at the rate of $85.00 per hour, and clerks at the rate of $65.00 per hour, plus costs.

6.      Theresa M Bender, P.A., represents no interest adverse to the trustee or to the bankruptcy estate in matters upon which Theresa M Bender, P.A., is to be engaged.  The employment of Theresa M Bender, P.A., will be in the best interest of the bankruptcy estate.

**WHEREFORE**, Theresa M Bender, the trustee of the bankruptcy estate of the above-named

debtor, applies to the Court for entry of an order appointing Theresa M Bender, P.A., as legal counsel under general retainer, pursuant to 11 U.S.C, Sections 327 and 328(a).

**RESPECTFULLY SUBMITTED** on this October 28, 2020.

/s/Theresa M. Bender
THERESA M. BENDER
CHAPTER 7 TRUSTEE
Post Office Box 14557
Tallahassee, FL  32317
PH:  (850) 205-7777
Fl. Bar # 0749486
Tmbenderch7@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion has been furnished by the Electronic/U.S. regular mail to the Office of the U.S. Trustee, 110 East Park Ave, Suite 128, Tallahassee, Florida 32301 on this October 28, 2020

/s/Theresa M. Bender
THERESA M. BENDER.

IN THE UNITED BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

ALLEN, STEVEN EUGENE                                           CASE NO. 15-40315TLH4
                                                               CHAPTER 7

                    Debtor.
_____/

**VERIFIED STATEMENT TO ACCOMPANY APPLICATION BY TRUSTEE TO <u>EMPLOY
AND APPOINT COUNSEL UNDER GENERAL RETAINER</u>**

       I, Theresa M Bender the undersigned, hereby state the following under penalty of perjury, 18

U.S.C. Section 1001, as a condition of my appointment as counsel under general retainer that:

       I have no connections with the debtor, creditors, any other party in interest or their respective
       attorneys and accounts. Other than serving as a Chapter 7 Panel Trustee for the Northern District
       of Florida I have no connections with the United States Trustee for Region 21, and/or any person
       employed by the Office of the United States Trustee:

Dated this October 28, 2020.

                                        /s/Theresa M. Bender
                                        THERESA M. BENDER