IN THE UNITED BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:
ALLEN, STEVEN EUGENE                     CASE NO. 15-40315TLH4
                                                                                              CHAPTER 7

     Debtor.
_____/

**ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY AND APPOINT COUNSEL UNDER GENERAL RETAINER NUNC PRO TUNC TO 6/5/2015 (Doc. #136)**

THIS CAUSE CAME BEFORE THE COURT, upon the Trustee's Application to Employ and Appoint Counsel Under General Retainer (Doc. #136), pursuant to 11 U.S.C, Sections 327 and 328(a), it appearing that the services of an attorney are warranted and will be required to fully administer this case, and it further appearing that THERESA M. BENDER, P.A., is qualified to represent the trustee in this matter, it is:

**ORDERED:**

    **1.**    The Application is APPROVED.

    **2.**    The Trustee is authorized to employ the above named entity as attorney for the trustee, pursuant to 11 U.S.C, Sections 327 and 328(a), to perform all such legal services as may be necessary in carrying out the trustee's duties in this case.  The Trustee shall not hereafter disburse any monies or transfer any property to the above attorney(s) in satisfaction of legal fees incurred during this case except upon further order of this Court.  Upon completion of his services, the attorney shall apply to the court for an award of attorney's fees.

    **DONE AND ORDERED** this  10th  day of   November  , 20 20  .

                                                                                                        _____
                                                                                                         KAREN K. SPECIE.
                                                                                                         United States Bankruptcy Judge

Trustee is directed to serve a copy of this order on interested parties and file a certificate of service within three (3) days of entry of the order.
 Prepared By:
THERESA M. BENDER
Copies to Interested Parties