Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40315TLH4 KKS  
**Case Name:** ALLEN, STEVEN EUGENE  

**Period Ending:** 12/31/20

**Trustee:** (290820)   Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 06/05/15 (f)  
**§341(a) Meeting Date:** 07/06/15  
**Claims Bar Date:** 11/10/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Office Bldg - 2 Condo Units 1621 Metropolitan Bl<br>  Orig. Description: Office Bldg - 2 Condo Units 1621 Metropolitan Blvd.<br>Tallahassee, Fl 32308; Imported from original petition Doc# 3 | 108,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2 Vacant Lots - Whigham County Estates - 413 War<br>  AUCTION: Orig. Description: 2 Vacant Lots - Whigham County Estates - 413<br>Ward Street, Whigham Ga; Imported from original petition Doc# 3 | 35,000.00 | 35,000.00 | | 1,800.00 | FA |
| 3 | 2 Vacant Lots - Wolf Laurel Mars Hill, NC<br>  Orig. Description: 2 Vacant Lots - Wolf Laurel Mars Hill, NC; Imported from original petition Doc# 3 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 4 | Bank of America Checking/ Savings Account<br>  Orig. Description: Bank of America Checking/ Savings Account; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Home furnishings<br>  Orig. Description: Home furnishings; Imported from original petition Doc# 3; Exemption: Home furnishings  - Amount: 1000.00 | 7,500.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing<br>  Orig. Description: Clothing; Imported from original petition Doc# 3 | 200.00 | 200.00 | | 200.00 | FA |
| 7 | Columbus Life Insurance Co. - P.O. Box 641500, C | 198.87 | 198.87 | | 0.00 | FA |

**Form 1**

Page: 2

**Individual Estate Property Record and Report**
**Asset Cases**

| | |
|---|---|
| **Case Number:** 15-40315TLH4 KKS | **Trustee:** (290820)    Theresa M. Bender, Trustee |
| **Case Name:** ALLEN, STEVEN EUGENE | **Filed (f) or Converted (c):** 06/05/15 (f) |
| | **§341(a) Meeting Date:** 07/06/15 |
| **Period Ending:** 12/31/20 | **Claims Bar Date:** 11/10/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Description: Columbus Life Insurance Co. - P.O. Box 641500,<br>Cincinnati. Ohio; Imported from original petition Doc# 3 | | | | | |
| 8 | Roomlinx, Inc. - 352 shares owned by debtor<br>Orig. Description: Roomlinx, Inc. - 352 shares owned by debtor; Imported from original petition Doc# 3 | 1,000.00 | 1,000.00 | | 603.50 | FA |
| 9 | Commonwealth Partners - 33.333 owned by debtor<br>Orig. Description: Commonwealth Partners - 33.333 owned by debtor; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Sedona II, LLC - 100% owned by debtor<br>Orig. Description: Sedona II, LLC - 100% owned by debtor; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Avalanche Partnership - 3% owned by debtor and h<br>Orig. Description: Avalanche Partnership - 3% owned by debtor and<br>his wife - TBE; Imported from original petition Doc# 3 | 0.00 | 34,000.00 | | 34,000.00 | FA |
| 12 | Sea Developers, LLC - 15% ownership by the debto<br>Orig. Description: Sea Developers, LLC - 15% ownership by the debtor<br>and his wife - TBE; Imported from original petition Doc# 3 | 0.00 | 70,500.00 | | 70,500.00 | FA |
| 13 | OB 14, LLC 100% owned by debtor and his wife - T<br>Orig. Description: OB 14, LLC 100% owned by debtor and his wife -<br>TBE; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40315TLH4 KKS  
**Case Name:** ALLEN, STEVEN EUGENE  
**Period Ending:** 12/31/20

**Trustee:** (290820)   Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 06/05/15 (f)  
**§341(a) Meeting Date:** 07/06/15  
**Claims Bar Date:** 11/10/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | Tallahassee Business Incubator, Inc. - 25% owned<br>   ABANDONNED PER DOC 59<br>Orig. Description: Tallahassee Business Incubator, Inc. - 25% owned<br>by debtor and his wife - TBE; Imported from original petition Doc# 3 | 0.00 | 0.00 | OA | 0.00 | FA |
| 15 | 2006 Lexus GS300<br>   Orig. Description: 2006 Lexus GS300; Imported from original petition Doc# 3; Exemption: 2006 Lexus GS300  - Amount: 15000.00 | 15,000.00 | 15,000.00 | | 7,000.00 | FA |
| 16 | 2 Cats<br>   Orig. Description: 2 Cats; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | SCHEDULE K DISBURSEMENTS TO DEBTOR  (u)<br>   INVESTIGATING PROBABLY DISBURSEMENTS OF ESTATE'S INTEREST IN ASSET | 20,000.00 | 20,000.00 | | 0.00 | 20,577.00 |
| 17 | **Assets**   Totals  (Excluding unknown values) | **$211,898.87** | **$200,898.87** | | **$114,103.50** | **$20,577.00** |

**Major Activities Affecting Case Closing:**

    1/19/21-EMAILED UST RE STATUS  
    10/28/20-APPLICATION TO EMPLOY BENDER  
    10/20/20-2004 CONDUCTED BY SPEC CS  
    6/9/2020-SPEC COUNSEL SEEKING TURNOVER OF $10,000 OF K-1 DISTRIBUTION MADE TO DEBTOR POST PETITION.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 15-40315TLH4 KKS  
**Case Name:** ALLEN, STEVEN EUGENE  
**Period Ending:** 12/31/20

**Trustee:** (290820)    Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 06/05/15 (f)  
**§341(a) Meeting Date:** 07/06/15  
**Claims Bar Date:** 11/10/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

5  20/20-ASSIGNMENT EXECUTED FOR ASSIGNMENT/SALE-PREP REPORT OF SALE

1/14/20-WORKING WITH TT ON DRAFT PROPOSED ORDER FOR SALE  
10/10/19-WORKING ON "PROCEDURE" OF SALE  
8/21/19-TELCONF WITH TT RE STATUS OF CASE,

7/15/19-TT EMAILED JERRY-INVESTOR RE INTEREST IN SEA DEVELOPERS-READ EMAIL.

5/13/19-CHANGED ETFR DATE, DISCUSSED WITH TT, DOCUMENTS NOT PROVIDED UPON REQUEST, WILL HAVE TO GET AGGRESSIVE.

4/24/19-EMAIL FROM TREVOR-UPDATE ON PROPERTY AS IMPACTED BY HURRICANE-GETTING TAX RETURNS AND OTHER FINANCIAL DATA-  
3/26/19-THERE IS ONE REMAINING BUSINESS INTEREST-NEED TO GET FINANCIALS FROM RELUCTANT MEMBERS. MAY HAVE TO FILE AN ADVERSARY TO GET COOPERATION/COMPLIANCE WITH TRUSTEE

12/20/18 SPEC COUNSEL REVISITING REMAINING BUSINESS INTERESTS  
12/17/18-FILE REPORT OF SALE  
12/17/18-FINALIZE SALE OF INTEREST IN AVALANCHE-RECEIVED FULLY EXECUTED ASSIGNMENT  
10/22/18-currently seeing court approval of sale of an asset. Once sold and closed, this will be ready for CPA to prepare final returns.  ETFR-06/30/2019

7/16/18-ACCEPTED OFFER FROM JERRY FOR AVALANCHE PARTNERSHIP-TT TO FILE MOTION TO SELL

2/20/18-REVIEW LETTERS RE FINANCIAL INFO SENT BY SPECIAL COUNSEL TO HARTUNG AND SEA DEVELOPERS

1/12/18-CONF CALL WITH SP. CS RE PENDING DISCUSSIONS

12/4/17-REQUESTED STATUS OF ANY OFFER OF SALES

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case Number:** 15-40315TLH4 KKS  
**Case Name:** ALLEN, STEVEN EUGENE  

**Period Ending:** 12/31/20

**Trustee:** (290820)   Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 06/05/15 (f)  
**§341(a) Meeting Date:** 07/06/15  
**Claims Bar Date:** 11/10/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

8/11/17-TELCONF WITH TREVOR-PROOF OF LOSS FROM POTENTIAL SALE TO FSU OR PUT UP ON AUCTION BLOCK.
RELATED CASE IS CHARLES MITCHELL-CLOSED OUT WITH ABANDONMENT.

4/23/17-TICKLED SPECIAL COUNSEL TO REVIEW 2016 FINANCIALS TO DETERMINE VALUE AND LIQUIDATION AS APPROPRIATE.

4/23/17-EMAILED RICH AGAIN TO AMEND SCHEDULE C TO CLAIM TBE OR PAY

12/19/16-email RICH RE EQUTIY IN HOUSEHOLD GOODS OF $5500.00-RESPOND CLAIMED TBE,

12/14/16-updated status, see email.
6/2/16-update and analysis provided.
12/10/15--SPECIAL COUNSEL APPOINTED-WORKING ON A FEW COMPREHENSIVE REQUESTS FOR INFORMATION TO SETTLE LLC INTERESTS/ OR SELL


_____/

**Initial Projected Date Of Final Report (TFR):** June 30, 2016

**Current Projected Date Of Final Report (TFR):** June 15, 2021

_____
January 26, 2021
Date

/s/ Theresa M. Bender, Trustee
_____
Theresa M. Bender, Trustee

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-40315TLH4 KKS | | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|---|
| Case Name: | ALLEN, STEVEN EUGENE | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******3686 - Checking Account |
| Taxpayer ID #: | **-***1555 | | Blanket Bond: | $596,000.00   (per case limit) |
| Period Ending: | 12/31/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 42,826.14 | | 42,826.14 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 34.22 | 42,791.92 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 68.39 | 42,723.53 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 66.00 | 42,657.53 |
| 06/09/20 | {12} | CLARK PARTINGTON | PAYMENT OF SALE PROCEEDS PER ORDER DOC. 131 | 1129-000 | 70,500.00 | | 113,157.53 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 147.84 | 113,009.69 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 186.65 | 112,823.04 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 174.31 | 112,648.73 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 192.07 | 112,456.66 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 179.74 | 112,276.92 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 173.47 | 112,103.45 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 197.11 | 111,906.34 |
| | | | **ACCOUNT TOTALS** | | 113,326.14 | 1,419.80 | **$111,906.34** |
| | | | Less: Bank Transfers | | 42,826.14 | 0.00 | |
| | | | **Subtotal** | | 70,500.00 | 1,419.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$70,500.00** | **$1,419.80** | |

{} Asset reference(s)                                         Printed: 01/26/2021 12:27 PM    V.20.29

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-40315TLH4 KKS | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|
| Case Name: | ALLEN, STEVEN EUGENE | Bank Name: | Mechanics Bank |
| | | Account: | ******2466 - Checking Account |
| Taxpayer ID #: | **-***1555 | Blanket Bond: | $596,000.00  (per case limit) |
| Period Ending: | 12/31/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/09/15 | {8} | ALLEN, STEVEN | PAYMENT FOR ESTATE'S INTEREST IN STOCKS-Debtor sold stocks at Trustee's request and gave her the funds. | 1129-000 | 603.50 | | 603.50 |
| 10/09/15 | | ALLEN, STEVEN | Acct #1; Payment #1; PAYMENT PURSUANT TO DOCKET NO. 45 | | 7,200.00 | | 7,803.50 |
| | {6} | | Acct #1; Payment #1; PAYMENT PURSUANT TO DOCKET NO. 45    200.00 | 1129-000 | | | 7,803.50 |
| | {15} | | Acct #1; Payment #1; PAYMENT PURSUANT TO DOCKET NO. 45    7,000.00 | 1129-000 | | | 7,803.50 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,793.50 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.83 | 7,782.67 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.31 | 7,770.36 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.77 | 7,759.59 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.75 | 7,748.84 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.22 | 7,736.62 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.72 | 7,725.90 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.71 | 7,715.19 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.17 | 7,703.02 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.68 | 7,692.34 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.13 | 7,680.21 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.01 | 7,669.20 |
| 10/18/16 | {2} | SHULER & SHULER REAL ESTATE AUCTIONEERS, INC. | PAYMENT PURUSANT TO PER DOC #52-NOIS AND AUCTIONEER'S | 1110-000 | 1,800.00 | | 9,469.20 |

Subtotals :     $9,603.50     $134.30

{} Asset reference(s)                                                                                              Printed: 01/26/2021 12:27 PM     V.20.29

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-40315TLH4 KKS
**Case Name:** ALLEN, STEVEN EUGENE

**Taxpayer ID #:** **-***1555
**Period Ending:** 12/31/20

**Trustee:** Theresa M. Bender, Trustee (290820)
**Bank Name:** Mechanics Bank
**Account:** ******2466 - Checking Account
**Blanket Bond:** $596,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | REPORT-DOC #53; 413 WARD ST, SE, WHIGHAM, GA LOT | | | | | |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.40 | 9,457.80 |
| 11/08/16 | 101 | SHULER & SHULER REAL ESTATE AUCTIONEERS, INC | Auctioneers Fees and Costs pre Doc. 53 | | | | 327.60 | 9,130.20 |
| | | | Auctioneer's Fees | 180.00 | 3610-000 | | | 9,130.20 |
| | | | Auctioneer's Expenses | 147.60 | 3620-000 | | | 9,130.20 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.23 | 9,115.97 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.07 | 9,102.90 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.96 | 9,088.94 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.19 | 9,076.75 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.48 | 9,063.27 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.16 | 9,051.11 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.31 | 9,036.80 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.99 | 9,023.81 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.54 | 9,011.27 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.25 | 8,997.02 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.50 | 8,984.52 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.78 | 8,970.74 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.90 | 8,957.84 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.45 | 8,945.39 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.15 | 8,931.24 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.98 | 8,919.26 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.82 | 8,906.44 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.38 | 8,894.06 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.07 | 8,879.99 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.34 | 8,867.65 |
| | | | **Subtotals :** | | | **$0.00** | **$601.55** | |

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 15-40315TLH4 KKS  
**Case Name:** ALLEN, STEVEN EUGENE  

**Taxpayer ID #:** **-***1555  
**Period Ending:** 12/31/20  

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** Mechanics Bank  
**Account:** ******2466 - Checking Account  
**Blanket Bond:** $596,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.60 | 8,854.05 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.15 | 8,840.90 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.78 | 8,834.12 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 7.98 | 8,826.14 |
| 12/02/18 | {11} | FINK, JEROME | PAYMENT PER DOC 76 | 1129-000 | 34,000.00 | | 42,826.14 |
| 08/07/19 | | Transition Transfer Debit | | 9999-000 | | 42,826.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 43,603.50 | 43,603.50 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 42,826.14 | |
| | | | **Subtotal** | | 43,603.50 | 777.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$43,603.50** | **$777.36** | |

{} Asset reference(s)   Printed: 01/26/2021 12:27 PM   V.20.29

## Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 15-40315TLH4 KKS | **Trustee:** | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|
| **Case Name:** | ALLEN, STEVEN EUGENE | **Bank Name:** | People's United Bank |
| | | **Account:** | ********1430 - Checking Account |
| **Taxpayer ID #:** | **-***1555 | **Blanket Bond:** | $596,000.00   (per case limit) |
| **Period Ending:** | 12/31/20 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **{Ref #} / Check #** | **Paid To / Received From** | **Description of Transaction** | **T-Code** | **Receipts $** | **Disbursements $** | **Checking Account Balance** |
| 08/07/19 | | Transfer from 0061 to 1430 | Transfer from 0061 to 1430 | 9999-000 | 42,826.14 | | 42,826.14 |
| 03/18/20 | | Misc Adjustment | Misc Adjustment | 9999-000 | | 42,826.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 42,826.14 | 42,826.14 | $0.00 |
| | | | Less: Bank Transfers | | 42,826.14 | 42,826.14 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 114,103.50 |
| Net Estate : | $114,103.50 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| Checking # ******3686 | 70,500.00 | 1,419.80 | 111,906.34 |
| Checking # ******2466 | 43,603.50 | 777.36 | 0.00 |
| Checking # ********1430 | 0.00 | 0.00 | 0.00 |
| | **$114,103.50** | **$2,197.16** | **$111,906.34** |