UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

ALLEN, STEVEN EUGENE                                CASE NO. 15-40315TLH4

    Debtor(s).                                                          CHAPTER 7
_____/

**ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION TO SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE (Doc. 140)**

THIS CAUSE came before this Court on the TRUSTEE'S APPLICATION FOR COMPENSATION TO SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE (Doc. 140), there being no objection, the Court considers this matter unopposed, and the Court being fully advised in the premises, it is

ORDERED:

1. The Application is APPROVED.

2. The Chapter 7 Trustee is authorized to compensate CLARK, PARTINGTON, HART, LARRY, BOND & STACKHOUSE, as attorney for the Chapter 7 Trustee for fees in the amount of $34,833.33 and expenses in the amount of $1,547.45, for a total amount of $36,380.78.

3. The Trustee is directed to pay such fees and costs as an administrative expense.

DONE AND ORDERED this ___12th_____ day of __April_____ 20_21__.

_____
KAREN K. SPECIE
U.S. BANKRUPTCY JUDGE

Trustee is directed to serve a copy of this order on interested parties and file a certificate of service within three (3) days of entry of the order.

Order Prepared by: Theresa M. Bender, Trustee
Copies to all interested parties