**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| In re: ALLEN, STEVEN EUGENE | § | Case No. 15-40315TLH4 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 05, 2015. The undersigned trustee was appointed on June 05, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        114,103.50

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 36,708.38 |
| Bank service fees | 2,042.92 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 75,352.20 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/10/2015 and the deadline for filing governmental claims was 12/02/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,955.18. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,955.18, for a total compensation of $8,955.18.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $485.77, for total expenses of $485.77.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/07/2021           By: /s/Theresa M. Bender, Trustee
                           Trustee, Bar No.: 0749486

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

| | | |
|---|---|---|
| **Case Number:** 15-40315TLH4 | **Trustee:** (290820) | Theresa M. Bender, Trustee |
| **Case Name:** ALLEN, STEVEN EUGENE | **Filed (f) or Converted (c):** | 06/05/15 (f) |
| | **§341(a) Meeting Date:** | 07/06/15 |
| **Period Ending:** 06/07/21 | **Claims Bar Date:** | 11/10/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Office Bldg - 2 Condo Units 1621 Metropolitan Bl    Orig. Description: Office Bldg - 2 Condo Units 1621 Metropolitan Blvd. Tallahassee, Fl 32308; Imported from original petition Doc# 3 | 108,000.00 | 0.00 | | 0.00 | FA |
| 2   2 Vacant Lots - Whigham County Estates - 413 War    AUCTION: Orig. Description: 2 Vacant Lots - Whigham County Estates - 413 Ward Street, Whigham Ga; Imported from original petition Doc# 3 | 35,000.00 | 35,000.00 | | 1,800.00 | FA |
| 3   2 Vacant Lots - Wolf Laurel Mars Hill, NC    Orig. Description: 2 Vacant Lots - Wolf Laurel Mars Hill, NC; Imported from original petition Doc# 3 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 4   Bank of America Checking/ Savings Account    Orig. Description: Bank of America Checking/ Savings Account; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 5   Home furnishings    Orig. Description: Home furnishings; Imported from original petition Doc# 3; Exemption: Home furnishings -  Amount: 1000.00 | 7,500.00 | 0.00 | | 0.00 | FA |
| 6   Clothing    Orig. Description: Clothing; Imported from original petition Doc# 3 | 200.00 | 200.00 | | 200.00 | FA |
| 7   Columbus Life Insurance Co. - P.O. Box 641500, C    Orig. Description: Columbus Life Insurance Co. - P.O. Box 641500, Cincinnati. Ohio; Imported from original petition Doc# 3 | 198.87 | 198.87 | | 0.00 | FA |
| 8   Roomlinx, Inc. - 352 shares owned by debtor    Orig. Description: Roomlinx, Inc. - 352 shares owned by debtor; Imported from original petition Doc# 3 | 1,000.00 | 1,000.00 | | 603.50 | FA |
| 9   Commonwealth Partners - 33.333 owned by debtor    Orig. Description: Commonwealth Partners - 33.333 owned by debtor; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40315TLH4  
**Case Name:** ALLEN, STEVEN EUGENE  

**Period Ending:** 06/07/21

**Trustee:** (290820) Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 06/05/15 (f)  
**§341(a) Meeting Date:** 07/06/15  
**Claims Bar Date:** 11/10/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Sedona II, LLC - 100% owned by debtor<br>   Orig. Description: Sedona II, LLC - 100% owned by debtor; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Avalanche Partnership - 3% owned by debtor and h<br>   Orig. Description: Avalanche Partnership - 3% owned by debtor and<br>his wife - TBE; Imported from original petition Doc# 3 | 0.00 | 34,000.00 | | 34,000.00 | FA |
| 12 | Sea Developers, LLC - 15% ownership by the debto<br>   Orig. Description: Sea Developers, LLC - 15% ownership by the debtor<br>and his wife - TBE; Imported from original petition Doc# 3 | 0.00 | 70,500.00 | | 70,500.00 | FA |
| 13 | OB 14, LLC 100% owned by debtor and his wife - T<br>   Orig. Description: OB 14, LLC 100% owned by debtor and his wife -<br>TBE; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Tallahassee Business Incubator, Inc. - 25% owned<br>   ABANDONNED PER DOC 59<br>Orig. Description: Tallahassee Business Incubator, Inc. - 25% owned<br>by debtor and his wife - TBE; Imported from original petition Doc# 3 | 0.00 | 0.00 | OA | 0.00 | FA |
| 15 | 2006 Lexus GS300<br>   Orig. Description: 2006 Lexus GS300; Imported from original petition Doc# 3; Exemption: 2006 Lexus GS300 - Amount: 15000.00 | 15,000.00 | 15,000.00 | | 7,000.00 | FA |
| 16 | 2 Cats<br>   Orig. Description: 2 Cats; Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | SCHEDULE K DISBURSEMENTS TO DEBTOR (u)<br>   no value to Estate<br>INVESTIGATING PROBABLY DISBURSEMENTS OF ESTATE'S INTEREST IN ASSET | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 17 | **Assets Totals** (Excluding unknown values) | **$211,898.87** | **$200,898.87** | | **$114,103.50** | **$0.00** |

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40315TLH4  
**Case Name:** ALLEN, STEVEN EUGENE

**Trustee:** (290820)   Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 06/05/15 (f)  
**§341(a) Meeting Date:** 07/06/15

**Period Ending:** 06/07/21

**Claims Bar Date:** 11/10/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

    TFR

**Initial Projected Date Of Final Report (TFR):**   June 30, 2016    **Current Projected Date Of Final Report (TFR):**   May 28, 2021  (Actual)

_____  
June 7, 2021  
Date

/s/ Theresa M. Bender, Trustee  
_____  
Theresa M. Bender, Trustee

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-40315TLH4  
**Case Name:** ALLEN, STEVEN EUGENE  

**Taxpayer ID #:** **-***1555  
**Period Ending:** 06/07/21  

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** Mechanics Bank  
**Account:** ******2466 - Checking Account  
**Blanket Bond:** $596,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/09/15 | {8} | ALLEN, STEVEN | PAYMENT FOR ESTATE'S INTEREST IN STOCKS-Debtor sold stocks at Trustee's request and gave her the funds. | 1129-000 | 603.50 | | 603.50 |
| 10/09/15 | | ALLEN, STEVEN | Acct #1; Payment #1; PAYMENT PURSUANTTO DOCKET NO. 45 | | 7,200.00 | | 7,803.50 |
| | {6} | | Acct #1; Payment #1; 200.00 PAYMENT PURSUANTTO DOCKET NO. 45 | 1129-000 | | | 7,803.50 |
| | {15} | | Acct #1; Payment #1; 7,000.00 PAYMENT PURSUANTTO DOCKET NO. 45 | 1129-000 | | | 7,803.50 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,793.50 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.83 | 7,782.67 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.31 | 7,770.36 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.77 | 7,759.59 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.75 | 7,748.84 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.22 | 7,736.62 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.72 | 7,725.90 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.71 | 7,715.19 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.17 | 7,703.02 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.68 | 7,692.34 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.13 | 7,680.21 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.01 | 7,669.20 |
| 10/18/16 | {2} | SHULER & SHULER REAL ESTATE AUCTIONEERS, INC. | PAYMENT PURUSANT TO PER DOC #52-NOIS AND AUCTIONEER'S REPORT-DOC #53; 413 WARD ST, SE, WHIGHAM, GA LOT | 1110-000 | 1,800.00 | | 9,469.20 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.40 | 9,457.80 |
| 11/08/16 | 101 | SHULER & SHULER REAL ESTATE AUCTIONEERS, INC | Auctioneers Fees and Costs pre Doc. 53 | | | 327.60 | 9,130.20 |
| | | | Auctioneer's Fees      180.00 | 3610-000 | | | 9,130.20 |
| | | | Auctioneer's Expenses  147.60 | 3620-000 | | | 9,130.20 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.23 | 9,115.97 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.07 | 9,102.90 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.96 | 9,088.94 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.19 | 9,076.75 |

Subtotals : $9,603.50   $526.75

{} Asset reference(s)                                   Printed: 06/07/2021 03:39 PM   V.20.33

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-40315TLH4 | | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|---|
| Case Name: | ALLEN, STEVEN EUGENE | | Bank Name: | Mechanics Bank |
| | | | Account: | ******2466 - Checking Account |
| Taxpayer ID #: | **-***1555 | | Blanket Bond: | $596,000.00  (per case limit) |
| Period Ending: | 06/07/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.48 | 9,063.27 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.16 | 9,051.11 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.31 | 9,036.80 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.99 | 9,023.81 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.54 | 9,011.27 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.25 | 8,997.02 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.50 | 8,984.52 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.78 | 8,970.74 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.90 | 8,957.84 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.45 | 8,945.39 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.15 | 8,931.24 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.98 | 8,919.26 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.82 | 8,906.44 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.38 | 8,894.06 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.07 | 8,879.99 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.34 | 8,867.65 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.60 | 8,854.05 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.15 | 8,840.90 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.78 | 8,834.12 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 7.98 | 8,826.14 |
| 12/02/18 | {11} | FINK, JEROME | PAYMENT PER DOC 76 | 1129-000 | 34,000.00 | | 42,826.14 |
| 08/07/19 | | Transition Transfer Debit | | 9999-000 | | 42,826.14 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 43,603.50 | 43,603.50   $0.00 |
| Less: Bank Transfers | 0.00 | 42,826.14 |
| **Subtotal** | **43,603.50** | **777.36** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$43,603.50** | **$777.36** |

{} Asset reference(s)                                                                                                   Printed: 06/07/2021 03:39 PM    V.20.33

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 15-40315TLH4 | | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|---|
| Case Name: | ALLEN, STEVEN EUGENE | | Bank Name: | People's United Bank |
| | | | Account: | ********1430 - Checking Account |
| Taxpayer ID #: | **-***1555 | | Blanket Bond: | $596,000.00  (per case limit) |
| Period Ending: | 06/07/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/07/19 | | Transfer from 0061 to 1430 | Transfer from 0061 to 1430 | 9999-000 | 42,826.14 | | 42,826.14 |
| 03/18/20 | | Misc Adjustment | Misc Adjustment | 9999-000 | | 42,826.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 42,826.14 | 42,826.14 | $0.00 |
| | | | Less: Bank Transfers | | 42,826.14 | 42,826.14 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)  Printed: 06/07/2021 03:39 PM    V.20.33

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 15-40315TLH4  
**Case Name:** ALLEN, STEVEN EUGENE  
**Taxpayer ID #:** **-***1555  
**Period Ending:** 06/07/21  

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******3686 - Checking Account  
**Blanket Bond:** $596,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 42,826.14 | | 42,826.14 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 34.22 | 42,791.92 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 68.39 | 42,723.53 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 66.00 | 42,657.53 |
| 06/09/20 | {12} | CLARK PARTINGTON | PAYMENT OF SALE PROCEEDS PER ORDER DOC. 131 | 1129-000 | 70,500.00 | | 113,157.53 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 147.84 | 113,009.69 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 186.65 | 112,823.04 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 174.31 | 112,648.73 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 192.07 | 112,456.66 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 179.74 | 112,276.92 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 173.47 | 112,103.45 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 197.11 | 111,906.34 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 173.36 | 111,732.98 |
| 04/14/21 | 20102 | CLARK PARTINGTON | PAYMENT OF SPEC CS FEES/COSTS PER DOC 143 DATED 4/12/21 | | | 36,380.78 | 75,352.20 |
| | | | TRUSTEE'S ATTORNEY (OTHER FIRM) FEES     34,833.33 | 3210-600 | | | 75,352.20 |
| | | | TRUSTEE'S ATTORNEY (OTHER FIRM) FEES AND COSTS     1,547.45 | 3220-610 | | | 75,352.20 |
| | | | **ACCOUNT TOTALS** | | 113,326.14 | 37,973.94 | **$75,352.20** |
| | | | Less: Bank Transfers | | 42,826.14 | 0.00 | |
| | | | **Subtotal** | | 70,500.00 | 37,973.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$70,500.00** | **$37,973.94** | |

{} Asset reference(s)

Printed: 06/07/2021 03:39 PM     V.20.33

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 15-40315TLH4 | | Trustee: | Theresa M. Bender, Trustee (290820) |
|---|---|---|---|---|
| Case Name: | ALLEN, STEVEN EUGENE | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******3686 - Checking Account |
| Taxpayer ID #: | **-***1555 | | Blanket Bond: | $596,000.00   (per case limit) |
| Period Ending: | 06/07/21 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 114,103.50 | | | | |
| | | Net Estate : | $114,103.50 | | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2466 | 43,603.50 | 777.36 | 0.00 |
| Checking # ********1430 | 0.00 | 0.00 | 0.00 |
| Checking # ******3686 | 70,500.00 | 37,973.94 | 75,352.20 |
| | $114,103.50 | $38,751.30 | $75,352.20 |

{} Asset reference(s)   Printed: 06/07/2021 03:39 PM   V.20.33

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 10, 2015

**Case Number:** 15-40315TLH4
**Debtor Name:** ALLEN, STEVEN EUGENE

Page: 1

**Date:** June 7, 2021
**Time:** 03:39:48 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Theresa M. Bender, Trustee<br>Post Office Box 14557<br>Tallahassee, FL 32317 | Admin Ch. 7 | | $8,955.18 | $0.00 | 8,955.18 |
| 200 | CLARK PARTINGTON<br>106 EAST COLLEGE AVE<br>SUITE 600<br>TALLAHASSEE, FL 32301 | Admin Ch. 7 | | $34,833.33 | $34,833.33 | 0.00 |
| 200 | CLARK PARTINGTON<br>106 EAST COLLEGE AVE<br>SUITE 600<br>TALLAHASSEE, FL 32301 | Admin Ch. 7 | | $1,547.45 | $1,547.45 | 0.00 |
| 200 | THOMSON BROCK LUGER & CO<br>3375-CAPITAL CIRCLE NE<br>PO BOX 13445<br>TALLAHASSEE, FL 32317 | Admin Ch. 7 | | $2,974.50 | $0.00 | 2,974.50 |
| 200 | THERESA M. BENDER, P.A.<br>PO BOX 14557<br>TALLAHASSEE, FL 32317 | Admin Ch. 7 | | $5,775.00 | $0.00 | 5,775.00 |
| 200 | Theresa M. Bender, Trustee<br>Post Office Box 14557<br>Tallahassee, FL 32317 | Admin Ch. 7 | | $485.77 | $0.00 | 485.77 |
| 200 | THOMSON BROCK LUGER & CO<br>3375-CAPITAL CIRCLE NE<br>PO BOX 13445<br>TALLAHASSEE, FL 32317 | Admin Ch. 7 | | $77.99 | $0.00 | 77.99 |
| 1<br>100 | Doris Maloy, Leon County Tax Collector<br>Attn: Tax Administration Dept<br>Post Office Box 1835<br>Tallahassee, FL 32302-1835 | Secured | Attn: Tax Administration Dept<br>Post Office Box 1835<br>Tallahassee, FL 323021835<br>--------------------------------------------------------------------------\*\*\* | $0.00 | $0.00 | 0.00 |
| 6S<br>100 | Centennial Bank<br>c/o Keith L. Bell, Jr.,Clark Partington<br>Hart,106 East College Ave, Suite 600<br>Tallahassee, FL 32301 | Secured | c/o Keith L. Bell, Jr.<br>Clark Partington Hart,106 East College Ave, Suite 600<br>Tallahassee, FL 32301<br>--------------------------------------------------------------------------\*\*\* | $0.00 | $0.00 | 0.00 |
| 2 -3<br>201 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Secured | 11/18/2015 Amendment 2-3 imported by GINA; original claim didn't exist<br>--------------------------------------------------------------------------------<br>P.O. Box 7346<br>Philadelphia, PA 19101<br>--------------------------------------------------------------------------\*\*\*<br>-------------------------------------------------------------------------- | $143,143.09 | $0.00 | 143,143.09 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 10, 2015

**Case Number:** 15-40315TLH4  
**Debtor Name:** ALLEN, STEVEN EUGENE

Page: 2

**Date:** June 7, 2021  
**Time:** 03:39:48 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | 02/25/2021 02:57:56 PM Schedule E Amount $164,000.00 imported by THERESA<br>Schedule E Owner Type: | | | |
| 3<br>610 | Midland Credit Management, Inc. as agent for<br>MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | xx6041<br>MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090<br>------------------------------------------------------------------------***<br><br>------------------------------------------------------------------------<br>02/25/2021 02:57:56 PM Schedule F Amount $0.00 imported by THERESA<br>Schedule F Owner Type: | $2,143.65 | $0.00 | 2,143.65 |
| 4<br>610 | LVNV Funding, LLC its successors and assigns as<br>assignee of Capital One, N.A.<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | assignee of Capital One, N.A.<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 296030587<br>------------------------------------------------------------------------*** | $2,578.42 | $0.00 | 2,578.42 |
| 5<br>610 | Centennial Bank<br>c/o Keith L. Bell, Jr.,Clark Partington Hart,106 East College Ave, Suite 600<br>Tallahassee, FL 32301 | Unsecured | xxxxxxxx / xxxx7003<br>c/o Keith L. Bell, Jr.<br>Clark Partington Hart,106 East College Ave, Suite 600<br>Tallahassee, FL 32301<br>------------------------------------------------------------------------***<br><br>------------------------------------------------------------------------<br>02/25/2021 02:57:56 PM Schedule F Amount $5,860,000.00 imported by THERESA<br>Schedule F Owner Type: | $6,370,163.04 | $0.00 | 6,370,163.04 |
| 6U<br>610 | Centennial Bank<br>c/o Keith L. Bell, Jr.,Clark Partington Hart,106 East College Ave, Suite 600<br>Tallahassee, FL 32301 | Unsecured | c/o Keith L. Bell, Jr.<br>Clark Partington Hart,106 East College Ave, Suite 600<br>Tallahassee, FL 32301<br>------------------------------------------------------------------------*** | $70,216.35 | $0.00 | 70,216.35 |
| 7<br>610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | x1001<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701<br>------------------------------------------------------------------------***<br><br>------------------------------------------------------------------------<br>02/25/2021 02:57:56 PM Schedule F Amount $27,580.00 imported by THERESA<br>Schedule F Owner Type: | $27,557.15 | $0.00 | 27,557.15 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 10, 2015

**Case Number:** 15-40315TLH4
**Debtor Name:** ALLEN, STEVEN EUGENE

Page: 3

**Date:** June 7, 2021
**Time:** 03:39:48 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 610 | Wolf Laurel Rd Maint. & Security Homeown<br>One Rankin Ave., Third Floor<br>Asheville, NC 28801 | Unsecured | 13 CV 267<br>One Rankin Ave., Third Floor<br>Asheville, NC 28801<br>------------------------------------------------------------------------------\* \* \*<br><br>------------------------------------------------------------------------<br>02/25/2021 02:57:56 PM Schedule F Amount $5,682.40 imported by THERESA<br>Schedule F Owner Type: | $5,542.20 | $0.00 | 5,542.20 |
| 9 610 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Unsecured | xxxxx1563<br>POB 12914<br>Norfolk, VA 23541<br>------------------------------------------------------------------------------\* \* \*<br><br>------------------------------------------------------------------------<br>02/25/2021 02:57:56 PM Schedule F Amount $0.00 imported by THERESA<br>Schedule F Owner Type: | $7,085.52 | $0.00 | 7,085.52 |
| 10 610 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Unsecured | POB 12914<br>Norfolk, VA 23541<br>------------------------------------------------------------------------------\* \* \*<br><br>------------------------------------------------------------------------<br>02/25/2021 02:57:56 PM Schedule F Amount $13,666.83 imported by THERESA<br>Schedule F Owner Type: | $12,148.11 | $0.00 | 12,148.11 |
| 11 610 | Capital City Bank<br>P.O. Box 900<br>Tallahassee, FL 32302 | Unsecured | xxxxxx4051<br>P.O. Box 900<br>Tallahassee, FL 32302<br>------------------------------------------------------------------------------\* \* \*<br><br>------------------------------------------------------------------------<br>02/25/2021 02:57:56 PM Schedule F Amount $94,911.00 imported by THERESA<br>Schedule F Owner Type: | $95,553.59 | $0.00 | 95,553.59 |
| << Totals >> | | | | 6,790,780.34 | 36,380.78 | 6,754,399.56 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-40315TLH4
Case Name: ALLEN, STEVEN EUGENE
Trustee Name: Theresa M. Bender, Trustee

**Balance on hand:** $ 75,352.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Doris Maloy, Leon County Tax Collector | 23,850.26 | 0.00 | 0.00 | 0.00 |
| 2 -3 | Internal Revenue Service | 143,143.09 | 143,143.09 | 0.00 | 57,083.76 |
| 6S | Centennial Bank | 108,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 57,083.76
Remaining balance: $ 18,268.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Theresa M. Bender, Trustee | 8,955.18 | 0.00 | 8,955.18 |
| Trustee, Expenses - Theresa M. Bender, Trustee | 485.77 | 0.00 | 485.77 |
| Attorney for Trustee, Fees - THERESA M. BENDER, P.A. | 5,775.00 | 0.00 | 5,775.00 |
| Accountant for Trustee, Fees - THOMSON BROCK LUGER & CO | 2,974.50 | 0.00 | 2,974.50 |
| Accountant for Trustee, Expenses - THOMSON BROCK LUGER & CO | 77.99 | 0.00 | 77.99 |
| Other Fees: CLARK PARTINGTON | 34,833.33 | 34,833.33 | 0.00 |
| Other Expenses: CLARK PARTINGTON | 1,547.45 | 1,547.45 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 18,268.44
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,592,988.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Midland Credit Management, Inc. as agent for | 2,143.65 | 0.00 | 0.00 |
| 4 | LVNV Funding, LLC its successors and assigns as | 2,578.42 | 0.00 | 0.00 |
| 5 | Centennial Bank | 6,370,163.04 | 0.00 | 0.00 |
| 6U | Centennial Bank | 70,216.35 | 0.00 | 0.00 |
| 7 | American Express Centurion Bank | 27,557.15 | 0.00 | 0.00 |
| 8 | Wolf Laurel Rd Maint. & Security Homeown | 5,542.20 | 0.00 | 0.00 |
| 9 | Portfolio Recovery Associates, LLC | 7,085.52 | 0.00 | 0.00 |
| 10 | Portfolio Recovery Associates, LLC | 12,148.11 | 0.00 | 0.00 |
| 11 | Capital City Bank | 95,553.59 | 0.00 | 0.00 |

| | Total to be paid for timely general unsecured claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                              Total to be paid for tardy general unsecured claims:    $        0.00
                              Remaining balance:    $        0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                              Total to be paid for subordinated claims: $        0.00
                              Remaining balance:    $        0.00

**UST Form 101-7-TFR (05/1/2011)**